**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAVIA WAGNER,

    Plaintiff,

v.                                        Case No.   3:19-cv-488-J-32PDB

H.P. RENTAL, INC. and ULTIMATE
LEISURE, LLC,

    Defendants.

## O R D E R

Upon review of Joint Stipulation of Voluntary Dismissal (Doc. 22), filed on July 10, 2019, this case is dismissed with prejudice as to H.P. Rental, Inc. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The case remains open.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of July, 2019.

                                                            TIMOTHY J. CORRIGAN
                                                            United States District Judge

sej
Copies:

Counsel of record