UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAVIA WAGNER

    Plaintiff,

v().  Case No. 3:19-cv-488-J-32PDB

ULTIMATE LEISURE, LLC,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 25). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **January 31, 2020** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **January 31, 2020** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their**

**settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of December, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record